UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LOPEZ, an individual; CHRISTA LOPEZ, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>FCA US LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | Case No: 5:20-cv-01825-JGB-SP<br>Dist. Judge Jesus G. Bernal<br>Mag. Judge Sheri Pym<br>Courtroom 1<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER FILED FEBRUARY 5, 2021** |

　　FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: February 11, 2021　　_____
　　　　　　　　　　　　　　　　Sheri Pym
　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER